NO. 07-04-0345-CV


NO. 07-05-0186-CV


NO. 07-05-0253-CV


NO. 07-05-0311-CV


NO. 07-05-0439-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL E



APRIL13, 2006


______________________________



In re: VIVIAN JACKSON, an Incapacitated Person


_________________________________



FROM THE COUNTY COURT AT LAW NO. 1 OF POTTER COUNTY;



NO. 282-1; HON. W. F. "CORKY" ROBERTS, PRESIDING


_______________________________



ORDER DISMISSING APPEALS


 _______________________________


Before QUINN, C.J., REAVIS, J., and BOYD, S.J. (1)

 Appellants, by and through their attorneys, have moved to dismiss the appeals
numbered above due to all matters having been resolved between the parties. Without
passing on the merits of the cases, we grant the motions pursuant to Texas Rule of
Appellate Procedure 42.1(a)(2) and dismiss the appeals. Having dismissed the appeals
at the request of appellants, no motions for rehearing will be entertained, and our
mandates will issue forthwith.


 Per Curiam
1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't
Code Ann. §75.002(a)(1) (Vernon 2005). 



002, this Court directed appellants to pay the
required filing fee of $125 together with a $10 fee for the motion for extension of time,
noting that failure to do so might result in dismissal. Unless a party is excused from paying
a filing fee, the Clerk of this Court is required to collect filing fees set by statute or the
Supreme Court when an item is presented for filing. See Tex. R. App. P. 5 and 12.1(b). 
Appellants responded to this Court's letter by filing a motion to dismiss with payment of the
$10 fee for that motion. Thus, because the notice of appeal is untimely and the filing fees
of $125 and $10 remain unpaid, we must dismiss the appeal.

 Accordingly, the appeal is dismissed for want of jurisdiction and failure to comply
with the Texas Rules of Appellate Procedure and with a notice from the Clerk requiring
payment of the filing fee and the motion fee. Tex. R. App. P. 26.1 and 42.3(c). Our
disposition of this appeal renders appellants' motion to dismiss moot. 

 Don H. Reavis

 Justice



Do not publish.